**Alrick Lewis ROBERTS,**
**Plaintiff—Appellant,**

v.

**Iver STRIDIRON; Horace Magras;**
**Russell L. Boraas; S.K. Young,**
**Defendants—Appellees.**

No. 03–7477.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 11, 2003.

Decided Dec. 23, 2003.

Alrick Lewis Roberts, Appellant pro se.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Alrick Lewis Roberts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Roberts v. Stridiron*, No. CA–03–237–7 (W.D.Va. Aug. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*